**ESTATE OF Marguerite S. MILLIKIN, Deceased; Quentin Alexander, Executor, and Severance A. Millikin Trust B Society National Bank, Formerly Ameri-Trust Company, Trustee, Petitioners–Appellants,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.**

**No. 96–1012.**

United States Court of Appeals, Sixth Circuit.

May 2, 1997.

Before: MARTIN, C.J.; MERRITT, KENNEDY, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, MOORE and COLE, Circuit Judges.

## ORDER

A majority of the Judges of this Court in regular active service have voted for rehear-

---

ing of this case en banc. Sixth Circuit Rule 14 provides as follows:

> The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.

Accordingly, it is ORDERED, that the previous decision and judgment of this court are vacated, the mandate is stayed and the case is restored to the docket as a pending appeal.

It is further ORDERED that the parties may file supplemental briefs simultaneously not later than Friday, May 23, 1997. Reargument will be scheduled for Wednesday, June 11, 1997.